FILED BY [illegible] D.C.
05 DEC 14 PM 4:21
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES C. WILSON,

Plaintiff,

v. No. 05-2496 B

JOHNNY HARRIS, et al.,

Defendants.

---

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO PROSECUTE

---

According to the docket in this matter, the complaint of the Plaintiff, James Wilson, who is represented by counsel, was filed on July 12, 2005. Summons was issued and returned on July 29, 2005 unexecuted as to Defendant Johnny Harris and executed with respect to the remaining Defendants, Lakisha and Cedric Sorrels. The docket reflects no further attempts to serve Harris. Although the answers of Defendants Lakisha and Cedric Sorrels were due on August 17, 2005, no such filings have been made. Moreover, the Plaintiff has failed to seek default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Thus, as it appears the Plaintiff has chosen not to pursue this case, he is hereby directed to show cause, within fifteen (15) days of the entry of this order, why his complaint should not be dismissed without prejudice for failure to prosecute in accordance with Fed. R. Civ. P. 41.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-15-05



IT IS SO ORDERED this 14th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02496 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

Lanier Fogg
LAW OFFICE OF R. LANIER FOGG
294 Washington Ave.
Memphis, TN 38103--191

Honorable J. Breen
US DISTRICT COURT